IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIA JOHNSON-THOMAS,<br>Plaintiff | Civil Action |
| v. | 2:12-cv-02869(ABB) |
| PHILADELPHIA FEDERATION OF<br>TEACHERS, THE SCHOOL DISTRICT<br>OF PHILADELPHIA, THE SCHOOL<br>REFORM COMMISSION and LEROY<br>D. NUNERY, II | |

### STIPULATION FOR FOURTH EXTENSION OF TIME
### TO FILE RESPONSES TO COMPLAINT PENDING
### FINALIZATION OF TENTATIVE SETTLEMENT AGREEMENT

This action originally was filed in the Court of Common Pleas for Philadelphia County, and removed on May 24, 2012, to this Court by Defendants. The Defendants' responses to the Complaint are due on or before September 17, 2012, following Court approval for a third extension request.

The Parties hereto have reached a tentative settlement agreement. However for the reasons set forth in the written letter submitted to the Court with this stipulation, the settlement cannot be finalized until certain events, not within the Parties' control, occur. For these reasons, the Parties, by and through their respective counsel, hereby move the Court to hold this matter in abeyance until Wednesday, October 31, 2012. Should this matter not settle by October 31, 2012, defendants shall answer or otherwise respond to the Complaint on or before October 31, 2012.

For good cause shown by Plaintiff's counsel in his written letter submission to the Court in support of this stipulation, the Court hereby APPROVES this stipulation and this matter shall be held in abeyance until October 31, 2012 by which date, if settlemer

is not finalized, defendants shall answer or otherwise plead in response to the Complaint on or before October 31, 2012.

Respectfully submitted jointly by:

/s/ FRANK FINCH, III
Frank Finch, III, Esquire
Attorney I.D. Pa. 15728
Two Penn Center, Suite 1850
Philadelphia, PA 19102

(Office) (215) 567-6996
(Fax) (215) 567-1998
Email: ffinch@mindspring.com

*Counsel for Plaintiff*
*Kia Johnson-Thomas*

/s/ ANDREA B. WAPNER
Andrea B. Wapner, Esquire
Attorney I.D. Pa. 21786
Assistant General Counsel
Office of General Counsel
School District of Philadelphia
440 N. Broad Street, Suite 313
Philadelphia, PA 19130
(Office) (215) 400-6923
(Fax) (215) 400-4121
Email: awapner@philasd.org

*Counsel for Defendants School District*
*of Philadelphia, School Reform*
*Commission and Leroy D. Nunery, II*

/s/ LINDA M. MARTIN
Linda M. Martin, Esquire
Attorney I.D. Pa. 66437
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(Office) (215) 656-3665
(Fax) (215) 561-5135
Email lmartin@wwdlaw.com

*Counsel for Defendant*
*Philadelphia Federation of Teachers*

**APPROVED BY THE COURT:**

Date: Sept 13 2012

ANITA B. BRODY, J