# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIA JOHNSON-THOMAS, Plaintiff, | : : : |
| v. | : CIVIL ACTION : : No. 12-2869 : |
| PHILADELPHIA FEDERATION OF TEACHERS, THE SCHOOL DISTRICT OF PHILADELPHIA, THE SCHOOL REFORM COMMISSION, and LEROY D. NUNERY, II, Defendants | : : : : : : : : |

## ORDER

**AND NOW**, this 31st day of October, 2012, it is **ORDERED** that Defendants shall file an answer or otherwise plead in response to Plaintiff's complaint on or before November 13, 2012.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:Copies **MAILED** on _____ to:

O:\ABB 2012\A - K\Johnson-Thomas v. Phil Fed Order re Extension of Time to Answer.wpd